CASCADE AUTOMATIC SPRINKLER CORPORATION, Appellant, *v.* STATE OF NEW YORK, Respondent.
(Claim No. 22060.)

Argued January 21, 1938; decided March 8, 1938.

*Charles Adkins Baker* for appellant.

*John J. Bennett, Jr., Attorney-General* (*Leon M. Layden* and *James H. Glavin, Jr.*, of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN and HUBBS, JJ.